**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Francisco CANO–MATUS, Defendant—Appellant.**

No. 07–50255.

United States Court of Appeals, Ninth Circuit.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

298

Submitted Sept. 8, 2008.*

Filed Sept. 23, 2008.

Bruce R. Castetter, Neville S. Hedley, Esquire, Office of the U.S. Attorney, San Diego, CA, for Plaintiff–Appellee.

Zandra L. Lopez, Esquire, San Diego, CA, for Defendant–Appellant.

Before: TASHIMA, SILVERMAN, and N.R. SMITH, Circuit Judges.

## MEMORANDUM **

Francisco Cano–Matus appeals the district court's judgment revoking his supervised release and imposing an 18–month sentence. He contends that the supervised release scheme set forth in 18 U.S.C. § 3583 is unconstitutional under *Apprendi v. New Jersey,* 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000), because it allows incarceration authorized by judicial fact finding, rather than by a jury's verdict or a guilty plea. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

We recently upheld the constitutionality of § 3583. *See United States v. Huerta–Pimental,* 445 F.3d 1220, 1221 (9th Cir.), *cert. denied,* 549 U.S. 1014, 127 S.Ct. 545, 166 L.Ed.2d 403 (2006). Cano–Matus contends that *Huerta–Pimental* was undermined by *Cunningham v. California,* 549 U.S. 270, 127 S.Ct. 856, 166 L.Ed.2d 856 (2007) (invalidating California's determinate sentencing law), and no longer is good law. This contention is foreclosed by *United States v. Santana,* 526 F.3d 1257, 1262 (9th Cir.2008).

**AFFIRMED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

